FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MINDY O.,<br><br>                Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL<br>SECURITY,[1]<br><br>                Defendant. | NO: 2:19-CV-00229-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge John T. Rodgers on August 6, 2019, ECF No. 6, recommending Plaintiff's complaint be dismissed, be granted. No objection was filed.

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, the Court substitutes Andrew M. Saul as the Defendant and directs the Clerk to update the docket sheet. *See* Fed. R. Civ. P. 25(d).

ORDER ~ 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety. Accordingly,

1. The Report and Recommendation, **ECF No. 6**, is **ADOPTED** in its entirety.

2. Plaintiff's Complaint, **ECF No. 1,** is **DISMISSED** without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide a copy to Plaintiff, and **CLOSE** the file.

**DATED** October 8, 2019.

*s/Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge